IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal # 08-cr-00290 |
| v. | : | Date Filed: September 2, 2008 |
| YOUR ORN, et al. | : | |

**GOVERNMENT'S MOTION TO DISMISS**
**COUNTS 2,3 AND 5 OF INDICTMENT**

   The United States of America, through its counsel, Michael L. Levy, United States Attorney for the Eastern District of Pennsylvania and Floyd J. Miller, an Assistant United States Attorney for the district, hereby respectfully move the Court, for an Order, which dismisses Counts 2,3 and 5 of the superseding indictment in this case. The defendant pled guilty to Counts 1 and 4 and were sentenced on those counts today which is December 7, 2009.

                Respectfully submitted

                MICHAEL L. LEVY
                United States Attorney

                 /s/

                _____
                FLOYD J. MILLER
                Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that a copy of the Government's Motion to Dismiss Counts 2, 3 an5 of the Superseding Indictment  was electronically filed with the Clerk of Court for the Eastern District of Pennsylvania this 7th day of December 2009 and also served upon counsel for the defendants at the addresses listed below by United States Mail with postage prepaid.

Felicia Sarner, Esq.
Supervisory Assistant Federal Defender

David M. Kozlow, Esq.
Assistant Federal Defender

Defender Association of Philadelphia
Suite 540 West
The Curtis Center
Independence Square West
Philadelphia, PA 19106

Giovanni Campbell, Esquire
100 South Broad Street
Suite 1520
Philadelphia, PA 19110

/s/
_____
**FLOYD J. MILLER**
**Assistant United States Attorney**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal Number:08-cr-00290 |
| v. | : | Date Filed: September 2, 2008 |
| **YOURA ORN, et al.** | : | |

**O R D E R**

AND NOW this         day of         , 2009, upon consideration of the government's motion to dismiss counts 2, 3 and 5 of the Superseding Indictment, it is hereby

**O R D E R E D**

that the aforementioned counts in the government's motion are dismissed.

BY THE COURT:

_____
HONORABLE PAUL S. DIAMOND
United States District Judge

3