IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Crim. No. 08-290-2 |
| MONY SEREY | : | |

### O R D E R

**AND NOW**, this 4th day of January, 2012, upon consideration of Defendant's unopposed Motion for Return of his Passport *(Doc. No. 114)*, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**. The Clerk shall return Mr. Serey's passport to him.

**AND IT IS SO ORDERED.**

_____
Paul S. Diamond, J.